JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| KAREN KOOLS, | Case No. EDCV 18-918 MWF (SPx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; INTERIOR SPECIALISTS, INC. WELFARE PLAN, | *(Filed concurrently with Stipulation for Dismissal)* |
| Defendants. | |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties, including Interior Specialists, Inc. Welfare Plan, previously dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs.

DATED: October 17, 2018   _____
UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4849-6503-0262 v1 — - 1 - — CASE NO. EDCV 18-918 MWF (SPx)
ORDER RE STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WTH PREJUDICE